UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Antrantrino Lee

    v.        Case No. 20-cv-00148-PB

FCI Berlin, Warden

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 1, 2021. The respondent's motion to dismiss (Doc. No. 14) is granted. Mr. Lee's petition (Doc. No. 1) is dismissed without prejudice, and his motion to substitute the respondent (Doc. No. 17) is denied.  The clerk shall enter judgment and close the case.

/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: July 20, 2021

cc:   Michael Antrontrino Lee, pro se
      Seth R. Aframe, Esq.